

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 27, 2023

**TO BE FILED UNDER SEAL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Robert Hadden,</u> S2 20 Cr. 468 (RMB)

Dear Judge Berman:

    As requested, below, the Government respectfully provides a list of the eleven victims who plan to speak tomorrow, June 28, 2023, at the first of two sentencing proceedings in this matter—as well as the anticipated order in which they plan to speak.

1. Emily Anderson*           (Victim-1)
2. Kate Evans*               (Victim-7)
3. ▇▇▇▇▇▇▇                   (Victim-87)
4. ▇▇▇▇▇▇▇                   (Victim-65)
5. Laurie Kanyok             (Victim-15)
6. ▇▇▇▇▇▇▇                   (Victim-246)
7. ▇▇▇▇▇▇▇                   (Victim-22)
8. Adina                     (Victim-9)
9. Robyn Bass Lavender       (Victim-11)
10. ▇▇▇▇▇▇▇                  (Victim-20)
11. Jessica Sell Chambers    (Victim-12)

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

            by: <u>s/                             </u>
                  Jane Kim
                  Paul M. Monteleoni
                  Lara Pomerantz
                  Assistant United States Attorneys
                  (212) 637-2038 / 2219 / 2343

cc:    Defense Counsel (By Email)

---

\* Victim pseudonyms have been used above where applicable.