*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

# EXHIBIT DD

**(Table 1: Chart of Defendant's Specified Objections to Victim Statements)**

**EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION**

**[REDACTED COPY]**

**Filed: July 13, 2023**

**Exhibit DD / Table 1. Defendant's Objections to Specific Victim Impact Statements**

| Def. Obj. No. | Victim Impact Statement (Type) | Statement No. | Victim Name | Victim Ref. No. | Def. Objection |
|---|---|---|---|---|---|
| 1 | Sentencing (Written) | 13 | | 72 | Specificity |
| 2 | Sentencing (Written) | 25 | | 243/175 | Specificity |
| 3 | Sentencing (Written) | 28 | | 250 | Specificity |
| 4 | Bail (Written) | 3 | | 11 | Specificity |
| 5 | Bail (Written) | 5 | | 67 | Specificity |
| 6 | Bail (Written) | 6 | | 90 | Specificity |
| 7 | Bail (Written) | 12 | | 74 | Specificity |
| 8 | Bail (Written) | 13 | | 75 | Specificity |
| 9 | Bail (Written) | 16 | | 243/175 | Specificity |
| 10 | Bail (Written) | 17 | | 200 | Specificity |
| 11 | Bail (Written) | 18 | | 80 | Specificity |
| 12 | Bail (Written) | 19 | | 126 | Specificity |
| 13 | Bail (Written) | 21 | | 143 | Specificity |
| 14 | Bail (Written) | 22 | | 223 | Specificity |
| 15 | Bail (Written) | 23 | | 61 | Specificity |
| 16 | Bail (Written) | 26 | | 212 | Specificity |
| 17 | Bail (Written) | 27 | | 110 | Specificity |
| 18 | Bail (Written) | 28 | | 106 | Specificity |
| 19 | Bail (Written) | 29 | | 150 | Specificity |
| 20 | Bail (Written) | 30 | | 187 | Specificity |
| 21 | Bail (Written) | 31 | | 221 | Specificity |
| 22 | Bail (Written) | 32 | | 72 | Specificity |
| 23 | Bail (Written) | 37 | | 196 | Specificity |
| 24 | Bail (Written) | 38 | | 54 | Specificity |
| 25 | Bail (Written) | 39 | | 189 | Specificity |

| Def. Obj. No. | Victim Impact Statement (Type) | Statement No. | Victim Name | Victim Ref. No. | Def. Objection |
|---|---|---|---|---|---|
| 26 | Bail (Written) | 40 | | 256 | Specificity |
| 27 | Bail (Written) | 43 | | 236 | Specificity |
| 28 | Bail (Written) | 44 | | 167 | Specificity |
| 29 | Sentencing (Written) | 11 | | 11 | Specificity/Dates |
| 30 | Sentencing (Written) | 12 | | 69 | Specificity/Dates |
| 31 | Sentencing (Written) | 13 | | 72 | Specificity/Dates |
| 32 | Sentencing (Written) | 14 | | 74 | Specificity/Dates |
| 33 | Sentencing (Written) | 18 | | 131 | Specificity/Dates |
| 34 | Sentencing (Written) | 25 | | 243/175 | Specificity/Dates |
| 35 | Sentencing (Written) | 27 | | 249 | Specificity/Dates |
| 36 | Sentencing (Written) | 28 | | 250 | Specificity/Dates |
| 37 | Sentencing (Written) | 32 | | 254 | Specificity/Dates |
| 38 | Sentencing (Written) | 37 | | 264 | Specificity |
| 39 | Sentencing (Written) | 5 | | 20 | Passage of Time |
| 40 | Sentencing (Written) | 8 | | 41 | Passage of Time |
| 41 | Sentencing (Written) | 9 | | 62 | Passage of Time |
| 42 | Sentencing (Written) | 19 | | 145 | Passage of Time |
| 43 | Sentencing (Written) | 21 | | 238 | Passage of Time |
| 44 | Sentencing (Written) | 24 | | 242 | Passage of Time |
| 45 | Sentencing (Written) | 30 | | 189 | Passage of Time |
| 46 | Sentencing (Written) | 31 | | 253 | Passage of Time |
| 47 | Bail (Written) | 8 | | 70 | Passage of Time |
| 48 | Bail (Written) | 16 | | 243/175 | Passage of Time |
| 49 | Bail (Written) | 17 | | 200 | Passage of Time |
| 50 | Bail (Written) | 19 | | 126 | Passage of Time |
| 51 | Sentencing (Oral) | 7 | | 22 | Passage of Time |

Exhibit DD / Table 1 at 2

| Def. Obj. No. | Victim Impact Statement (Type) | Statement No. | Victim Name | Victim Ref. No. | Def. Objection |
|---|---|---|---|---|---|
| 52 | Bail (Oral) | 15 | | 22 | Passage of Time |
| 53 | Sentencing (Written) | 23 | | 240 | Disputed Fact |
| 54 | Sentencing (Written) | 26 | | 246 | Disputed Fact |
| 55 | Sentencing (Oral) | 26 | | 246 | Disputed Fact |
| 56 | Sentencing (Written) | 36 | | 40 | Disputed Fact |
| 57 | Bail (Written) | 42 | | 40 | Disputed Fact |
| 58 | Sentencing (Oral) | 8 | | 8 | Harm Experienced |
| 59 | Sentencing (Oral) | 10 | | 20 | Harm Experienced |
| 60 | Sentencing (Written) | 3 | | 11 | Descriptions of Defendant |
| 61 | Bail (Written) | 1 | | 11 | Descriptions of Defendant |
| 62 | Sentencing (Written) | 10 | | 63 | Descriptions of Defendant |
| 63 | Bail (Oral) | 13 | | 120 | Descriptions of Defendant |
| 64 | Sentencing (Written) | 36 | | 40 | Alleged Speculation/Public Allegations |
| 65 | Bail (Written) | 42 | | 40 | Alleged Speculation/Public Allegations |
| 66 | Sentencing (Written) | 14 | | 74 | Alleged Speculation/Public Allegations |
| 67 | Bail (Written) | 2 | | 81 | Alleged Speculation/Public Allegations |
| 68 | Sentencing (Written) | 6 | | 6 | Alleged Speculation/Additional Victims |
| 69 | Sentencing (Written) | 7 | | 7 | Alleged Speculation/Additional Victims |
| 70 | Bail (Written) | 7 | | 69 | Alleged Speculation/Additional Victims |
| 71 | Bail (Written) | 5 | | 67 | Alleged Speculation |
| 72 | Bail (Written) | 34 | | 8 | Alleged Speculation |

Exhibit DD / Table 1 at 3

| Def. Obj. No. | Victim Impact Statement (Type) | Statement No. | Victim Name | Victim Ref. No. | Def. Objection |
|---|---|---|---|---|---|
| 73 | Bail (Oral) | 13 | | 120 | Alleged Speculation |
| 74 | Sentencing (Oral) | 1 | | 1 | Sentencing Recommendation |
| 75 | Sentencing (Oral) | 2 | | 7 | Sentencing Recommendation |
| 76 | Sentencing (Oral) | 4 | | 65 | Sentencing Recommendation |
| 77 | Sentencing (Oral) | 5 | | 15 | Sentencing Recommendation |
| 78 | Sentencing (Oral) | 8 | | 9 | Sentencing Recommendation |
| 79 | Sentencing (Oral) | 9 | | 11 | Sentencing Recommendation |
| 80 | Sentencing (Written) | 13 | | 72 | Sentencing Recommendation |
| 81 | Sentencing (Written) | 20 | | 184 | Sentencing Recommendation |
| 82 | Sentencing (Written) | 36 | | 40 | Sentencing Recommendation |

\*Victim pseudonyms are reflected above where applicable.